# ALABAMA COURT OF CRIMINAL APPEALS



October 17, 2025

**CR-2024-0910**

Jackson Powell Lewis v. State of Alabama (Appeal from Mobile Circuit Court: CC-23-2268)

## NOTICE

You are hereby notified that on October 17, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk